FILED
NOV 22 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PABLO LOZOYA-NAVARRETE,<br><br>        Defendant. | CASE NO. 10CR03476-001-GT<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for December 14, 2010 is vacated and reset to January 19, 2011 at 9:00 A.M..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 11-22-10

_Gordon Thompson, Jr._
Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record